BERTHA GREENBERG and JACOB GREENBERG, Respondents, v. 933 EAST ONE HUNDRED AND EIGHTY-FIRST STREET REALTY CORPORATION, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

HARRY SHERMAN, as President, etc., and Others, v. ARTHUR ABELES and Others.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals and for a stay granted. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ. [See ante, p. 676.]

GERTRUDE CASRIEL, Appellant, v. BROSAN ESTATES, INC., Respondent, and EVABELLE CONSTRUCTION CORPORATION, Respondent.— Determination affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin and O'Malley, JJ.

In the Matter of the Application of MANUFACTURERS TRUST COMPANY, Respondent, for Its Discharge as Trustee under a Certain Agreement Dated as of May 21, 1931, Made between NEW YORK REALTY & IMPROVEMENT COMPANY, INCORPORATED, CHATHAM PHENIX NATIONAL BANK AND TRUST COMPANY, as Trustee, CHASE NATIONAL BANK, BANK OF MANHATTAN TRUST COMPANY and CHATHAM PHENIX NATIONAL BANK AND TRUST COMPANY, and All Agreements Supplemental Thereto. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK and THE PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.; Finch, P. J., takes no part.

JOHN E. KLEIST, Respondent, v. GENERAL OUTDOOR ADVERTISING CO., INC., Appellant.— Order reversed, with twenty dollars costs and disbursements to the appellant. The plaintiff may examine Joseph P. Bohan and the material produced by him. After such examination the motion for inspection and discovery may be renewed if there is any necessity for such renewal. No opinion. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

GEORGE W. MERCER, JR., as Sole Surviving Trustee, etc., for the Benefit of HELEN B. MERCER, Plaintiff, v. BIAGIO COLLURA, Respondent, Impleaded with Another. (GERHARD KUEHNE, Receiver, Appellant.) — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

PHILIPPINE REFINING CORPORATION OF NEW YORK, Respondent, v. SILVER LINE, LTD., Appellant.— Determination affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; Finch, P. J., dissents and votes to reverse and grant motion for leave to amend answer upon payment of $250 and disbursements.

In the Matter of the Petition of ABRAHAM SIEGEL, Appellant, Respondent, for the Discharge of a Certain Mortgage. OSCAR H. CILLIS, Respondent, Appellant.— Orders affirmed, without costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.